**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ABDUS SALAAM MALIK, | : | |
| | : | Civil Action No. 05-3901 (JBS) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| LEWIS HANNAH, et al., | : | |
| | : | |
| Defendants. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this __**22nd**__ day of __**February**__, 2006,

ORDERED that Plaintiff's application to proceed in forma pauperis is hereby DENIED; and it is further

ORDERED that all claims against Defendants Camden County Police Department and Camden County Prosecutor's Office are DISMISSED WITH PREJUDICE; and it is further

ORDERED that all constitutional claims against Defendant Lewis Hannah are DISMISSED WITH PREJUDICE; and it is further

ORDERED that the state-law claim for legal malpractice against Defendant Lewis Hannah MAY PROCEED.

**s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge